Court of Criminal Appeals
P.O. Box 12308
Austin Texas 78711

Garcia Raul, AKA, Garcia Raul Gonzales
TDCJ 1267574
James V Allred Unit 19-W-54
2101 Fm 369 North
Iowa Park Tex 76367

Re. Clerk; Abel Acosta:

Dear Clerk.

Could you please file this with the courts for me thanking you in advance. for your help in this matter

Respectfully submitted

~~Garcia Raul, aka, Garcia Raul~~

Date 12 18 -15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

## Court of Criminal Appeals Of Texas

Ex Parte

Garcia, Raul AKA. Garcia Raul Gonzale

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Tr Ct No 03F0443-202-A
Wr-84 296-04
Tr Ct No. 02F0675-202-A
Wr-84 296-06
Tr Ct. No. 03F0444-202-A
Wr 84 296-█ 05
Tr Ct No 02F0623-202-A
Wr 84 296 01
Tr Ct No. 03F0445-202-A
Wr-84,296-02
Tr Ct No 02F0674-202-A
Wr 84 296-03

Notice Of Denial Of ██████ Procedural Due Process In Habeas Proceeding; Reply And Objection To Courts Finding Of Facts And Conclusion of Law.

# TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Garcia, Raul, AKA. Garcia Raul Gonzale, TDCJ 1267574, In the above cause's to give Notice of Denial of Procedual Due Process in Habeas Proceeding, Reply And Objection To Courts Finding Of Facts and Conclusions of Law.

I

Before, Petitioner ever received State Answer in the mail the 202ᴿᴰ District Court of Bowie County Texas had Already made a ruling denying the Petitioner chance to file timely reply █ of his own Finding of facts And Conclusions of law and The Courts has now Order. All records foreward to You At the Court of Criminal Appeals

## II

Petitioner never received Anything from the District Clerk of Bowie County pretaining to the cause's outlined Above; Nothing from the Courts or the Attorney for the State [D.A]. Petitioner wrote the court many times Ask for the disposition of the case and got no reply I didnt even get A copy of the Judge Order that was filed. This is to inform the Court of A Procedural Due Process Violation that has occur in this case

Respectfully submitted

Garcia Raul, AKA, Garcia Raul Gonzale ProSe

TDCJ 1267574

James V Allred Unit 19-W-54

2101 Fm 369 North

Iowa Park Texas 76367

Date 12-18-15

## Certificate Of Service

A true copy of this document was mail by US postal service to:

Billy Fox
Districk Clerk.
710 James Bowie Drive
New Boston Texas 75570

And to    Court of Criminal Appeals
Clerk
Abel Acosta
P.O. Box 12308
Austin Texas 78711

cc Garcia, Raul